Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARIA CARLOTA MASSELLA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARIA CARLOTA MASSELLA,<br><br>                  Plaintiff,<br>v.<br><br>FRANK G. BLUNDO, JR., A PROFESSIONAL CORPORATION, a California corporation; FRANK GEORGE BLUNDO, JR., individually and in his official capacity; and PACIFIC CREDIT EXCHANGE, a California corporation,<br><br>                  Defendants. | Case No. 5:12-CV-02977-RMW-PSG<br><br>**STIPULATION OF DISMISSAL AND [        ] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARIA CARLOTA MASSELLA, and Defendants, FRANK G. BLUNDO, JR., A PROFESSIONAL CORPORATION, FRANK GEORGE BLUNDO, JR., and PACIFIC CREDIT EXCHANGE, stipulate, and the Court hereby orders, as follows:

      1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARIA CARLOTA MASSELLA, against Defendants, FRANK G. BLUNDO, JR., A PROFESSIONAL CORPORATION, FRANK GEORGE BLUNDO, JR., and PACIFIC CREDIT EXCHANGE, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

- 2 -

| | |
|---|---|
| 1  Dated: January 17, 2013 | /s/ Fred W. Schwinn |
| 2 | Fred W. Schwinn, Esq. |
| 3 | Attorney for Plaintiff |
|   | MARIA CARLOTA MASSELLA |
| 4 | |
| 5  Dated: January 17, 2013 | /s/ Frank G. Blundo, Jr. |
| 6 | Frank G. Blundo, Jr., Esq. |
|   | Attorney for Defendants, FRANK G. BLUNDO, |
| 7 | JR., A PROFESSIONAL CORPORATION, |
|   | FRANK GEORGE BLUNDO, JR., and PACIFIC |
| 8 | CREDIT EXCHANGE |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: FEBJUETH

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
Judge of the District Court